IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSE SANABRIA     PLAINTIFF

V.     CASE NO. 5:21-CV-05060

WALMART, INC. and
DOUGLAS MOPPIN     DEFENDANT

## ORDER OF DISMISSAL

On Sepember 14, 2021, Counsel for Plaintiff Jose Sanabria ("Sanabria") and separate Defendant Walmart, Inc. ("Walmart") advised the Court that they have reached a settlement in this case. Therefore, it is **ORDERED** that all claims by Sanabria against Walmart be, and are hereby, **DISMISSED WITH PREJUDICE**, subject to the terms of the settlement agreement. This case will remain open with respect to separate Defendant Douglas Moppin.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action between Sanabria and Walmart upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

**IT IS SO ORDERED** on this 15th day of September, 2021.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE